AO 91 (Rev. 11/11) Criminal Complaint                                               AUSA Jonathan L. Shih (312) 353-5361

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DENIS JOINER,
     also known as "Levon Moore"

CASE NUMBER: 25 CR 436



FILED
7/29/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 12, 2025, at Lansing, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | distributed controlled substances, to wit, ADB-4en PINACA and MDMB-4en-PINACA, Schedule I controlled substances |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

*Sean O'Loughlin*

SEAN O'LOUGHLIN
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: July 29, 2025

*Maria Valdez*
*Judge's signature*

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### AFFIDAVIT

I, SEAN O'LOUGHLIN, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately August 2021.

2. I am currently assigned to the Criminal Enterprise Branch of the Chicago Field Office on Squad CE-2, Violent Gangs - South. Before transferring to the Chicago Field Office, I was assigned to the Indianapolis Field Office, Lafayette Resident Agency, where I investigated mainly violent crimes against children (VCAC) matters. Prior to working in the FBI, I was a sworn peace officer in Illinois from 2016 to 2021. I am a graduate of the FBI Academy in Quantico, Virginia, and have completed extensive training in numerous areas of law enforcement investigations and techniques, to include computer-related crimes, search and arrest warrant execution, and violent crimes. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws.

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that

Denis JOINER ("JOINER") has committed violations of Title 21, United States Code, Section 841(a)(1).

*Background of Trafficking in Synthetic Cannabinoids*

4. During the past several years, the Cook County Sheriff's Office ("CCSO") has seen an increase in drug overdoses and drug possession in the Cook County Jail. Members of CCSO have learned through their investigations that inmates commonly arrange for their acquaintances to mail them pieces of paper, often disguised as inmate mail, reading material, or legal materials, soaked in liquid controlled substances, including synthetic cannabinoids. The drug-soaked paper is commonly referred to as "pages" or "order," and a full page can be sold for several thousand dollars. Inmates who receive these pages commonly cut the pieces of paper into smaller squares, which they distribute to other inmates within the jail.

5. Incoming mail at the Cook County Jail is screened using, among other methods, narcotics-trained canines, handheld spectrometers, and visual inspections to attempt to identify liquid-soaked paper. However, despite these efforts, CCSO personnel have been unable to stop all of the liquid-soaked paper from entering the jail population. Moreover, over the past two years, multiple inmates in the Cook County Jail have overdosed, including overdoses resulting in death or hospitalization.

6. Synthetic cannabinoids are a class of controlled substances that are chemically similar to chemicals found in marijuana. However, unlike marijuana which is naturally occurring, synthetic cannabinoids are manufactured, commonly in a laboratory or abroad. Synthetic cannabinoids are usually significantly more potent

than marijuana, and pose a risk of overdose, including potentially causing seizures, stroke, heart attacks, and death.

7. As described in more detail below, during this investigation, agents have seized MDMB-4en-PINACA and ADB-4en-PINACA, which are synthetic cannabinoids. On December 12, 2023, the DEA issued an order temporarily scheduling MDMB-4en-PINACA, ADB-4en-PINACA and other synthetic cannabinoids as Schedule I controlled substances. The temporary scheduling order is effective between December 12, 2023 to December 12, 2025. *See* 88 Fed. Reg. 86040.

*Background of Investigation*

8. FBI, the Drug Enforcement Administration ("DEA"), the United States Postal Inspection Service ("USPIS"), and the CCSO are investigating JOINER, who supplies multiple individuals with controlled substances, including synthetic cannabinoids. Moreover, JOINER distributes paper soaked in synthetic cannabinoids to inmates at correctional facilities and jails.

*Seizure of Packages involving JOINER*

9. On May 12, 2025, law enforcement conducted surveillance on JOINER near the vicinity of the Lansing Post Office, located in Lansing, Illinois, and observed JOINER[1] entering the post office with a flat-rate envelope and departing without it. USPIS spoke to an employee at the Lansing Post Office, and requested that they identify any recently mailed flat rate envelopes with a return address of PO Box 1818, which investigators knew to be associated with JOINER, based on, among other

---

[1] Agents identified JOINER based on a comparison to his driver's license photograph.

3

things, physical surveillance. The employee identified one package and sent an image to USPIS.

10. The next day, on May 13, 2025, USPIS located the aforementioned package, which was addressed to an individual in Jefferson, North Carolina, with a return address of "FLICKSHOP PHOTOS, PO BOX 1818, CALUMET CITY, IL 60409." Pursuant to search warrant number 25 M 289, signed on May 13, 2025, by the Hon. Jeffrey T. Gilbert, U.S. Magistrate Judge, UPSIS conducted a search of the package, which revealed a cloth saturated in liquid wrapped in clear plastic vacuum sealed bags. This evidence was sent to the DEA laboratory for analysis, which revealed a positive result for ADB-4en PINACA, MDMB-4en-PINACA, and other substances.

11. On June 2, 2025, law enforcement conducted surveillance of JOINER and observed him entering the Lansing Post Office holding what appeared to be a brown parcel and a small white envelope. USPIS spoke to an employee at the Lansing Post Office, and requested that they identify any recently mailed parcels with a return address of PO Box 1818. The employee identified one package and sent an image to USPIS.

12. The next day, on June 3, 2025, USPIS located the package at the Lansing Post Office addressed to "LEVON MOORE" at an address in Portage, Indiana, with a return address of "FLICKSHOP PHOTOS, PO BOX 1818, CALUMET CITY, IL 60409." Pursuant to search warrant number 25 M 335, signed by the Hon. Daniel P. McLaughlin, U.S. Magistrate Judge, USPIS conducted a search of the

package, which revealed one vacuum seal bag containing approximately 1021.3 grams of tan powder. The evidence was later sent to the DEA laboratory for analysis, and results are currently pending.

13. Previously, on May 30, 2025, USPIS learned of a Priority Mail parcel destined to 10940 Lawrence Rd. Sumner, IL 62466 bearing USPS tracking number 9505 5069 9326 5149 0796 71. The recipient address was the Illinois Department of Corrections ("IDOC") Lawrence Correctional Center, located in Sumner, Illinois. According to Postal records the parcel was mailed on May 29, 2025, from the Calumet City, Illinois Post Office and weighed approximately 13 oz.

14. On May 30, 2025, USPIS learned the parcel was mailed via the Calumet City Post Office Self Service Kiosk ("SSK"). Photographs captured by the SSK during the mailing of the parcel were reviewed by law enforcement. The photographs depicted two individuals identified by Investigators as JOINER and another individual. That same day, USPIS observed an image of the label obtained from a Postal database and observed that the parcel was destined to Lawrence Correctional Center, located in Sumner, Illinois.

15. On June 9, 2025, IDOC received the parcel at Lawrence Correctional Center, which they opened pursuant to their mail inspection procedures at the facility. Inside the parcel were two books, which were field tested with positive results for synthetic cannabinoids.

*Trash Pulls at Subject Premises*

16. On May 28, 2025, law enforcement conducted a trash pull at the JOINER's residence, located in Calumet City, Illinois, during which they located a grocery-style plastic bag inside the trash receptacles in the alley directly behind the residence. Inside the bag, law enforcement seized, among other things, (1) an envelope that appeared to be saturated with an unknown blue liquid substance, which included the names of inmates located in various correctional institutions; (2) 14 sheets of computer-style paper with a return label and the name of a different inmate on each piece of paper, some of which contained a return label listing a law office; (3) 11 sheets of printed mailing labels, which had the names of various inmates and correctional institutions throughout the United States.

*Search Warrant at JOINER's Residence*

17. On July 29, 2025, members of the investigative team executed search warrant 25 M 481, signed by the Hon. Daniel P. McLaughlin, U.S. Magistrate Judge, which authorized a search of JOINER's residence. JOINER was not present during the search, although agents observed and seized items bearing JOINER's photograph inside the residence. Agents also seized a fake identification card bearing JOINER's photograph, but in the name "Levon Moore," which is the same name utilized to send the June 3, 2025 parcel, described above. Agents located a table in the basement of the residence upon which bottles containing a colored liquid, a funnel, a digital scale, mixing bowls, a box of latex gloves, Pyrex baking dishes, and other items were located. I believe, based on my training and experience, that this area was used to process

synthetic cannabinoids for shipment. The colored liquid was sent to the DEA laboratory for analysis.

18. In the residence, agents also seized tan powder, multiple sheets of paper that appear to be stained with liquid, and shipping supplies, including shipping labels. The tan powder and stained paper were also sent to the DEA laboratory for analysis.

FURTHER AFFIANT SAYETH NOT.

*Sean O'Loughlin*

SEAN O'LOUGHLIN
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone July 29, 2025.

*Maria Valdez*

Honorable MARIA VALDEZ
United States Magistrate Judge

7