## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | Case No: 25 CR 436 |
| Plaintiff | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| | ) | |
| Denis Joiner | ) | |
| Defendant | ) | |

## ORDER

Initial appearance held on 7/30/25 as to defendant Denis Joiner. Imani Chiphe appeared on behalf of the defendant for today's hearing only. John Shih appeared on behalf of the Government. Judith Leisch appeared on behalf of Pretrial Services. The defendant appears in response to the arrest on 7/29/25. The defendant acknowledged receipt of the complaint. The Government advised the defendant of the charges pending against him and the maximum penalties. The defendant was advised of his rights. The Government seeks to detain the defendant pursuant to 18 USC 3142 (E). Upon order of the court, the detention hearing and status on preliminary examination is set for 8/1/25 at 11:30 a.m. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The defendant is remanded into U.S. Marshal custody.

(T:00:15)

Date: July 30, 2025

Magistrate Judge Maria Valdez