BC



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 25 CR 436 |
|---|---|
| v. | Violations: Title 21, United States Code, Sections 841(a)(1) and 846 |
| DENIS JOINER, a/k/a "Levon Moore" | |

**1:25-cr-00436**
**Judge Jeremy C. Daniel**
**Magistrate Judge Maria Valdez**
**RANDOM / Cat. 4**

<u>**COUNT ONE**</u>

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about May 12, 2025, at Lansing, in the Northern District of Illinois, Eastern Division, and elsewhere,

DENIS JOINER, a/k/a "Levon Moore,"

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of ADB-4en PINACA, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of MDMB-4en PINACA, a Schedule I Controlled Substance, in violation of Title 21, United State Code, Section 841(a)(1);

In violation of Title 21, United State Code, Section 846.

## COUNT TWO

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about June 2, 2025, at Lansing, in the Northern District of Illinois, Eastern Division,

DENIS JOINER, a/k/a "Levon Moore,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of MDMB-4en PINACA, a Schedule I Controlled Substance;

In violation of Title 21, United State Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine for the
UNITED STATES ATTORNEY