




# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|------|----------------------|------------|
| Denis Joiner | No | Yes |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **25 CR 436**
Case Title: ***United States v. Joiner***

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Narcotics IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 21, United States Code, Sections 841(a)(1) and 846**

Assistant United States Attorney(s): **Jonathan L. Shih**

Contact Person and Phone Number: **Jonathan L. Shih, (312) 353-5361**