# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | Case No: 25 CR 436 |
| Plaintiff | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| | ) | |
| Denis Joiner | ) | |
| Defendant | ) | |

## ORDER

Detention hearing held on 8/1/25 as to defendant Denis Joiner. Vikas Didwania appeared on behalf of the Government. Attorney Brunell Donald-Kyei appeared on behalf of the defendant. Justing Weirsma appeared on behalf of the Pretrial Services Department. Oral argument heard on the record. The Government submitted Government Exhibits 1-3. Enter exhibits. The defendant waived his right to a preliminary examination hearing without prejudice. For the reasons stated on the record, the court takes the matter under submission.

(T:00:30)

Date: <u>August 1, 2025</u>

Magistrate Judge Maria Valdez